**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

**CASE NO. 25-80334-CIV-CANNON**

**STEVEN PAUL JARVIS**
*Individually and on Behalf of All Others Similarly Situated*

  Plaintiff,

v.

**XPLR INFRASTRUCTURE, LP,** *et al.*,

  Defendants.
_____/

**ORDER REQUIRING COMBINED RESPONSES**

  **THIS CAUSE** comes before the Court upon a sua sponte review of the record. To better manage the orderly progress of the case, it is hereby **ORDERED** that no Defendant shall file a response or answer until all Defendants in this action have been served. After all Defendants have been served, Defendants shall submit a single combined response or separate answers within the time allowed for the last-served Defendant to respond. **All filings in this case must be prepared using 12-point Times New Roman font that is double-spaced and fully justified.**

  **DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 12th day of March 2025.

_____
**AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE**

cc: counsel of record