**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 25-80334-CIV-CANNON**

**STEVEN PAUL JARVIS**
*Individually and on Behalf of All Others Similarly Situated*

      Plaintiff,

v.

**XPLR INFRASTRUCTURE, LP**, *et al.*,

      Defendants.

_____/

**ORDER DISMISSING SHOTGUN COMPLAINT AND PERMITTING REPLEADING**

**THIS CAUSE** comes before the Court upon a sua sponte review of the record.  On March 11, 2025, Plaintiff filed a two-count Complaint against Defendants, alleging violations of the Securities Exchange Act of 1934 [ECF No. 1].  Count II, however, incorporates all preceding allegations, thus rendering the Complaint an impermissible "shotgun pleading" [ECF No. 1 ¶¶ 110–115].  *See Weiland v. Palm Beach Cnty. Sheriff's Off.*, 792 F.3d 1313, 1321 (11th Cir. 2015) ("The most common type [of shotgun pleading]—by a long shot—is a complaint containing multiple counts where each count adopts the allegations of all preceding counts, causing each successive count to carry all that came before and the last count to be a combination of the entire complaint.").  The Court has an independent obligation to dismiss such pleadings and require repleader.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Complaint [ECF No. 1] is **DISMISSED WITHOUT PREJUDICE**.

2. Plaintiff may file an amended complaint that is consistent with this Order on or before **March 26, 2024.  The amended complaint must not contain any successive counts**

**that incorporate all prior allegations**.  In other words, Count II may incorporate the same factual allegations (paragraphs 1 through 99), but Count II must not broadly incorporate the allegations of Count I.  **Further, each count must identify the particular legal basis for liability and contain specific factual allegations that support each cause of action within each count**.

3.  Failure to comply with this Order may result in dismissal of the case without further notice.

**ORDERED** in Chambers at Fort Pierce, Florida, this 13th day of March 2025.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record