UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 25-80334-CIV-CANNON

**STEVEN PAUL JARVIS**,

    Plaintiff,

v.

**XPLR INFRASTRUCTURE, LP,** *et al.*,

    Defendant.

_____/

## ORDER CLOSING CASE

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Voluntary Dismissal, filed on March 14, 2025, by Plaintiff Steven Paul Jarvis on behalf of himself only [ECF No. 8]. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Notice of Voluntary Dismissal, filed by Plaintiff prior to any Defendant serving an answer or motion for summary judgment, dismisses the case. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Upon review, this case is **DISMISSED WITHOUT PREJUDICE** against all Defendants, effective March 14, 2025, the date on which Plaintiff filed the Notice of Voluntary Dismissal [ECF No. 8].

As such, the Clerk of Court is directed to **CLOSE** this case.

**ORDERED** in Chambers at Fort Pierce, Florida, this 17th day of March 2025.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record